*11776*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

BULK ATLANTIC, INC.,

                Plaintiff,

- against -

CAVALLUCCIO MARINO – SERVICOS
DE TRANSPORT MARITIMOS, LDA.
a/k/a CAVALLUCCIO MARINO,

                Defendant.
------------------------------------------------------x

Case No.  08 CV 7064 (LBS)

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(A)
WITH ORDER

    **PLEASE TAKE NOTICE** that there being no appearance, motion or answer by Defendant, Plaintiff hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41 (a), without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on August 12, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                _____
                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

**IT IS SO ORDERED**

_____
**LEONARD B. SAND**
**UNITED STATES DISTRICT JUDGE**

**Dated:**