```
                                              USDS SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 8-20-08
```

*11776*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

BULK ATLANTIC, INC.,

                    Plaintiff,

- against -

CAVALLUCCIO MARINO – SERVICOS
DE TRANSPORT MARITIMOS, LDA.
a/k/a CAVALLUCCIO MARINO,

                    Defendant.
------------------------------------------------------x

Case No.  08 CV 7064 (LBS)

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(A)
WITH ORDER

**PLEASE TAKE NOTICE** that there being no appearance, motion or answer by Defendant, Plaintiff hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41 (a), without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on August 12, 2008

                    Respectfully submitted,

                    JUNGE & MELE, LLP
                    *Attorneys for Plaintiff*

                    Peter A. Junge (PJ-0745)
                    29 Broadway
                    New York, NY 10006
                    (212) 269-0061

IT IS SO ORDERED

_____
**LEONARD B. SAND**
**UNITED STATES DISTRICT JUDGE**

Dated:  8/19/08